

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

August 27, 1942

Honorable W. K. McClain
Criminal District Attorney
Georgetown, Texas

Dear Sir:

Opinion No. 0-4739-A
Re: Reconsideration of Opinion No.
0-4739, in which the Department
held that the judgment rendered
by the County Court in a con-
demnation land proceeding was
binding.

Your letter of August 15, 1942, asking us to re-
consider our Opinion No. 0-4739, in which we held that
since the judgment in the land condemnation proceeding
brought by Williamson County had been affirmed by the
Court of Civil Appeals it was binding upon all parties,
has been given our careful consideration.

Whether the County Court gave a correct judgment
in the case is now a foreclosed question, since the Court
of Civil Appeals has taken jurisdiction thereof, and has
in all things affirmed the judgment as rendered by the
County Court. Especially is this true since the term at
which the County Court entered the judgment has long since
expired, and the County Court thereby lost jurisdiction
except upon a bill of review. The case having been ap-
pealed to the Court of Civil Appeals and there affirmed,
is now the judgment of the Appellate Court, and that is
the only court that could at this time correct any error.
It would, of course, be presumptuous on our part to deter-
mine what an Appellate Court could or should do with its
judgments.

As stated in our former letter, the judgment of
the trial court provides that it bear interest from the
date of the judgment. The plaintiff, of course, can not
recover any interest to which he might have been entitled
prior to that time. The judgment forecloses the rights
of all parties until and/or unless the judgment is set

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable W. K. McClain - page 2


aside.

We see no reason for changing our former opinion.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant


GWB-MR


APPROVED AUG 31, 1942

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMIT
BY
CHAIR